UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN MICHAUD | ) | |
| AMOS JOHNSON, | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | 2:14-cv-00221-JAW |
| | ) | |
| STATE OF MAINE, et al., | ) | |
| | ) | |
| Defendants | ) | |

**RECOMMENDED DECISION**

On May 28, 2014, Plaintiffs John Michaud and Amos Johnson filed a complaint naming the State of Maine, Cumberland County Jail, Sheriff Kevin Joyce, and Det Cote as Defendants. (ECF No. 1.) An Application to Proceed *In Forma Pauperis* signed by Plaintiff Michaud accompanied the Complaint, but did not contain the required financial information. (ECF No. 2.) Plaintiff Johnson did not file an Application, nor did he pay the filing fee.

The Court issued an Order that directed each Plaintiff to file, no later than June 19, 2014, an Application to Proceed *In Forma Pauperis*, together with a certified copy of their respective prisoner accounts. (ECF No. 3.) Through the Order, the Court informed Plaintiffs that should they fail to comply fully with the Order, this Court would recommend that the action be dismissed. As of the date of this Recommended Decision, Plaintiffs have failed to comply with this Court's Order.

Accordingly, the recommendation is that the Court dismiss Plaintiffs' Complaint due to Plaintiffs' failure to prosecute this action.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C.

§ 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof.  A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

      Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

                                    /s/ John C. Nivison
                                    U.S. Magistrate Judge

Dated this 30th day of June, 2014.