UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN MICHAUD and<br>AMOS JOHNSON,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF MAINE, et al.,<br><br>    Defendants. | 2:14-cv-00221-JAW |

## AMENDED[1] ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 30, 2014 (ECF No. 4), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiffs' Complaint (ECF No. 1) be and hereby is DISMISSED due to their failure to prosecute the action.

SO ORDERED.

      /s/ John A. Woodcock, Jr.
      JOHN A. WOODCOCK, JR.
      CHIEF UNITED STATES DISTRICT JUDGE

Dated this 11th day of August, 2014

---

[1] This Amended Order corrects "Plaintiff's" to "Plaintiffs'" and "his" to "their" in the second paragraph of the Order Affirming the Recommended Decision of the Magistrate Judge (ECF No. 5).